**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

TUAN MINH BUI,                          )
                                        )
      Petitioner,                   )
                                        )
v.                                      )          Case No. CIV-26-91-J
                                        )
PAMELA BONDI, et al.,                   )
                                        )
      Respondents.                  )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition. Respondents shall release Petitioner Tuan Minh Bui from custody immediately, subject to an appropriate Order of Supervision, and shall certify compliance within five business days.

IT IS SO ORDERED this 20th day of March, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE